

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-24-00708-CV

**RTO HAULING, LLC**,
Appellant

v.

Paul **ORTEGA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI18246
Honorable Nadine Melissa Nieto, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED February 12, 2025.

_____
Rebeca C. Martinez, Chief Justice